1
2
3
4
5
6
7

United States District Court
Northern District of California

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY FISHER,
          Plaintiff,

v.

DIRECTOR OF OPS OF CDCR,
          Defendant.

Case No. 14-cv-02134-WHO (PR)

**ORDER OF TRANSFER**

This federal civil rights action is hereby TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, at California State Prison, Sacramento, which is in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** May 29, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY FISHER,

        Plaintiff,

  v.

DIRECTOR OF OPS OF CDCR et al,

        Defendant.

Case Number: CV14-02134 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary Fisher F85263
California Health Care Facility
P.O. Box 32080
Stockton, CA 95213

Dated: May 29, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk