UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FISHER, | No. 2:14-cv-1323-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| DIRECTOR OF OPS OF CDCR, | |
| Defendant. | |

After this civil rights action was closed and judgment duly entered, *see* ECF Nos. 17, 18, plaintiff filed an amended complaint and motion for appointment of counsel, ECF Nos. 19, 20. The court takes no action on plaintiff's filing as this case is now closed and the Clerk is directed to terminate docket entry number 19. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: August 28, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE